Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
 abacon@ toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW STEINER, individually, and on behalf of all others similarly situated, ) ) ) | Case No. |
| Plaintiffs, ) ) | **2:19-cv-06289-PA-MAA** |
| v. ) ) | |
| SONOS, INC., and DOES 1-10, inclusive, ) ) | **NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |
| Defendants. ) ) ) ) | |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled individually. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** September 10, 2019     **Law Offices of Todd M. Friedman, P.C.**

                    By: s/ Adrian R. Bacon
                         Adrian R. Bacon

# **CERTIFICATE OF SERVICE**

Filed electronically on September 10, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on September 10, 2019, to:

To the Honorable Court, all parties and their Counsel of Record

<u>s/Adrian R. Bacon</u>
  Adrian R. Bacon