NEAL ROSS MARDER (SBN 126879)
JOSHUA A. RUBIN (SBN 308421)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Telephone:   310.229.1000
Facsimile:   310.229.1001

HYONGSOON KIM (SBN 257019)
BROCK F. WILSON (SBN 248018)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
4 Park Plaza, Suite 1900
Irvine, CA 92614-2585
Telephone:   949.885.4100
Facsimile:   949.885.4101

Attorneys for Defendant SONOS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW STEINER, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SONOS, INC., and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-06289-PA-MAA<br><br>**STIPULATION TO DISMISS ACTION** |

Plaintiff Matthew Steiner ("Steiner") and Sonos, Inc. ("Sonos," and, along with Steiner, the "Parties"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on June 21, 2019, Steiner filed an action in California Superior Court for the County of Los Angeles bringing claims against Sonos on behalf of himself and a putative class (the "Action");

WHEREAS, on July 22, 2019, Sonos removed the Action to this Court.

WHEREAS, on or about September 6, 2019, Steiner and Sonos reached a settlement in principle of Steiner's individual claims;

WHEREAS, on September 10, 2019, Plaintiff filed a Notice of Settlement;

WHEREAS, on or about October 2, 2019, Steiner and Sonos reached agreement on all terms of the settlement, and are in the process of obtaining signatures from all parties.

IT IS HEREBY STIPULATED THAT:

The Action shall be dismissed in its entirety and with each party to bear its own fees and costs, pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 41(1)(A)(ii).

The Action shall be dismissed with prejudice as to Steiner's claims. The claims of all putative class members shall be dismissed without prejudice.

//
//
//
//
//
//
//
//
//
//

STIPULATION TO DISMISS ACTION

It is SO STIPULATED

                                           Respectfully,

Dated: October 2, 2019         AKIN GUMP STRAUSS HAUER & FELD LLP
                                        NEAL ROSS MARDER
                                        HYONGSOON KIM
                                        BROCK F. WILSON
                                        JOSHUA A. RUBIN

                                        By      /s/ Neal R. Marder
                                                   Neal R. Marder, Esq.
                                        Attorneys for Defendant SONOS, INC.

Dated: October 2, 2019         LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                                        By:  /s/ Adrian Bacon
                                        Adrian Bacon, Esq.
                                        Attorney for Plaintiff

ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I Neal R. Marder, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 2, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP
NEAL ROSS MARDER
HYONGSOON KIM
BROCK F. WILSON
JOSHUA A. RUBIN

By  /s/ Neal R. Marder
    Neal R. Marder, Esq.
Attorneys for Defendant SONOS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all current counsel of record.

*/s/ Neal R. Marder*
Neal R. Marder